# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 684 |
| | : | |
| ORDER  AMENDING RULE | : | CIVIL PROCEDURAL RULES |
| 1915.11-1 AND ADOPTING | : | |
| RULES 1915.22 AND 1915.23 OF | : | DOCKET |
| THE PENNSYLVANIA RULES OF | : | |
| CIVIL PROCEDURE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of August, 2018, upon the recommendation of the Domestic Relations Procedural Rules Committee; the proposal having been published for public comment in the *Pennsylvania Bulletin*, 46 Pa.B. 6107 (October 1, 2016) and republished in the *Pennsylvania Bulletin*, 47 Pa.B. 2181 (April 15, 2017):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1915.11-1 of the Pennsylvania Rules of Civil Procedure is amended and Rules 1915.22 and 1915.23 of the Pennsylvania Rules of Civil Procedure are adopted in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on March 1, 2019.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.